IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 11-47497 |
| VILLA PARK MATERIAL CO., INC. | ) | |
| | ) | |
| | ) | HON. DONALD R. CASSLING |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF FILING

TO: Parties listed on attached Service List

PLEASE TAKE NOTICE that on the 7th day of June, 2012, the undersigned filed with the Clerk, United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Final Settlement Statement with respect to sale of 110 S. Villa Ave., Villa Park, Illinois, a copy of which is attached hereto and hereby served upon you.

_/s/ Brenda Porter Helms

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the above Amended Notice to be served upon the parties listed on the attached Service List, by the means set forth therein, this 28th day of June, 2012 at 3400 W. Lawrence Avenue, Chicago Illinois.

_/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

SERVICE LIST

Via Court's electronic notification system

Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Judson Todhunter



## First American Title Insurance Company

27775 Diehl Road · Warrenville, IL 60555

### Final Settlement Statement

| | |
|---|---|
| Property: 110 South Villa Avenue, Villa Park, IL 60186 | File No: 2285701 |
| | Officer: Julie Palumbo/JP |
| | New Loan No: 611000201-1 |
| | Settlement Date: 06/21/2012 |
| | Disbursement Date: 06/21/2012 |
| | Print Date: 06/21/2012, 12:24 PM |

Buyer: G-C Properties, LLC.
Address: 110 South Villa Avenue, Villa Park, IL 60186
Seller: Villa Park Fuel, Oil and Material
Address:

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | **Consideration:** | | |
| 490,000.00 | | Total Consideration | | 490,000.00 |
| | | | | |
| | | **Earnest Money:** | | |
| | 20,000.00 | Total Deposit/Earnest Money | | |
| | | Disbursed as Proceeds ($0.00) | | |
| | | Excess Deposit | | |
| | | Earnest Money Held By: Brenda Porter Helms Trustee | 20,000.00 | |
| | | | | |
| | | **Adjustments:** | | |
| | 90,000.00 | **Credit Buyer LUST Credit | 90,000.00 | |
| | 100,000.00 | **Credit Buyer Boundary/Wall Encroach. Credit | 100,000.00 | |
| | | | | |
| | | **Prorations:** | | |
| | 903.06 | County Tax 01/01/12 to 06/21/12 | 903.06 | |
| | 7,374.99 | County Tax 01/01/12 to 06/21/12 | 7,374.99 | |
| | | | | |
| | | **Commission:** | | |
| | | (Note: $20000.00 POC Held By Brenda Porter Helms Trustee) | | |
| | | | | |
| | | **New Loan(s):** | | |
| | | Lender: American Chartered Bank | | |
| | 180,000.00 | New Loan - American Chartered Bank | | |
| 200.00 | | Appraisal fee - Property Valuation Services | | |
| 95.00 | | Tax service - Info-Pro Mortgage Services Corp. | | |
| 8.00 | | Flood certification - LPS National Flood | | |
| 550.00 | | Processing and Documentation - American Chartered Bank | | |
| | | | | |
| | | **Title/Escrow Charges to:** | | |
| | | Closing Protection Coverage-Seller to First American Title Insurance Company | 50.00 | |
| 25.00 | | Closing Protection Coverage-Buyer to First American Title Insurance Company | | |
| 25.00 | | Closing Protection Coverage-Lender to First American Title Insurance Company | | |
| 3.00 | | State of IL Loan Policy Fee to First American Title Insurance Company | | |
| | | State of IL Owner's Policy Fee to First American Title Insurance Company | 3.00 | |
| 375.00 | | Deed and Money Escrow to First American Title Insurance Company | 375.00 | |
| 250.00 | | Money Lender's Escrow Fee to First American Title Insurance Company | | |
| 25.00 | | Delivery/Service Charge to First American Title Insurance Company | | |
| | | Later Date Fee to First American Title Insurance Company | 100.00 | |
| | | Tax Payment Service Fee to First American Title Insurance Company | 35.00 | |
| 435.00 | | Loan Policy-Simultaneous to First American Title Insurance Company | | |
| | | Owner's Policy to First American Title Insurance Company | 1,855.00 | |
| | | Commercial Extended Coverage End O to First American Title Insurance Company | 350.00 | |
| | | State Transfer Tax to Dupage County Recorder of Deeds | 490.00 | |
| 46.00 | | Assignment of Rents Recording Fee to First American Title Insurance Company | | |

Initials: _DP_  _CK_

Page 1 of 2

Continued From Page 1

## Final Settlement Statement

Settlement Date: 06/21/2012  
Print Date: 06/21/2012  

File No: 2285701  
Officer: Julie Palumbo/JP

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| 40.00 | | Deed Recording Fee to First American Title Insurance Company | | |
| 52.00 | | Mortgage Recording Fee to First American Title Insurance Company | | |
| | | County Transfer Tax to Dupage County Recorder of Deeds | 245.00 | |
| | | **Disbursements Paid:** | | |
| | | 2011 1st Installment Property Taxes to DuPage County Collector | 7,521.10 | |
| | | 2011 2nd Installment Property Taxes to DuPage County Collector | 7,409.95 | |
| | | 2011 1st Installment Property Taxes to DuPage County Collector | 922.28 | |
| | | 2011 2nd Installment Property Taxes to DuPage County Collector | 908.65 | |
| | | Survey to ARS Surveying Service, LLC | 950.00 | |
| | 93,850.95 | Cash (X From) ( To) Borrower | | |
| | | Cash (X To) ( From) Seller | 250,506.97 | |
| 492,129.00 | 492,129.00 | Totals | 490,000.00 | 490,000.00 |

BUYER(S):

G-C Properties, LLC

*[signatures]*

SELLER(S):

Villa Park Fuel, Oil and Material Company

*[signature]*  
By: Brenda Porter Helms Trustee, Bankruptcy

*[signature]*  
By: Estate of Villa Park Material Company,

By: Inc. 11B47497

First American Title Insurance Company  
By _____  
Julie Palumbo