IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 12-47822 |
| ERNEST SIEFERT JR. | ) | |
| | ) | |
| | ) | HON. DONALD R. CASSLING |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF MOTION

TO:  Parties listed on attached Service List

   PLEASE TAKE NOTICE that on the 3rd day of May, 2013, at 9:30 a.m., the undersigned shall appear before the Honorable Donald R. Cassling, United States Bankruptcy Judge, or any other judge sitting in his place and stead, at Henry Hyde Judicial Office Facility, 505 N. County Farm Road, Room 4016, Wheaton, Illinois and then and there present the attached Motion, a copy of which was previously served upon you.


_/s/ Brenda Porter Helms


## CERTIFICATE OF SERVICE

   The undersigned certifies that she caused a copy of the above Notice, along with the attachments thereto, to be served upon the parties listed on the attached Service List, by the means set forth therein, this 1st day of April, 2013 at 3400 W. Lawrence Avenue, Chicago Illinois.


__/s/ Brenda Porter Helms ____


Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

## SERVICE LIST

Via Court's electronic notification system

Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

David Lloyd

VIA FIRST CLASS MAIL POSTAGE PREPAID

Preston Rugaard
2150 W. Concord
Addison IL 60101