# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VILLA PARK MATERIAL COMPANY, INC. | § | Case No. 11-47497 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on         . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                         Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-47497 | CAS | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | | | | Date Filed (f) or Converted (c): | 11/23/11 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/12 |
| For Period Ending: | 06/18/13 | | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 110 SOUTH VILLA, VILLA PARK IL 60181 | 850,000.00 | 0.00 | | 490,000.00 | FA |
| 2. CASH IN REGISTER | 400.00 | 0.00 | | 332.48 | FA |
| 3. CHECKING ACCOUNT (WSB) | 10,000.00 | 0.00 | | 159.51 | FA |
| 4. CHECKING ACCOUNT | 1,000.00 | 0.00 | | 7,289.59 | FA |
| 5. PICTURES THROUGHOUT THE OFFICE | 0.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE | 60,000.00 | 0.00 | | 10,474.52 | FA |
| 7. 2000 PETERBILT - CONCRETE REDI-MIX TRUCK | 0.00 | 0.00 | | 147,263.21 | FA |
| All trucks were sold at auction and $147,263.21 was received for all vehicles listed on Form 1 | | | | | |
| 8. 2000 PETERBILT - CONCRETE REDI-MIX TRUCKS | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2002 NAVISTAR - READY-MIX TRUCK | 37,000.00 | 0.00 | | 0.00 | FA |
| 10. 2005 MACK 6-WHEEL DUMP TRUCK | 70,500.00 | 0.00 | | 0.00 | FA |
| 11. 1994 WESTERN STAR 6-WHEEL DUMP TRUCK | 15,900.00 | 0.00 | | 0.00 | FA |
| 12. 1994 CHEVY UTILITY TRUCK | 3,900.00 | 0.00 | | 0.00 | FA |
| 13. 1988 NAVISTAR 4-WHEEL DUMP TRUCK | 9,500.00 | 0.00 | | 0.00 | FA |
| 14. 1978 CAT | 8,000.00 | 0.00 | | 0.00 | FA |
| 15. 1993 WESTER STAR MIXER | 15,000.00 | 0.00 | | 0.00 | FA |
| 16. 1998 NAVISTAR MIXER | 16,000.00 | 0.00 | | 0.00 | FA |
| 17. 1999 NAVISTAR MIXER | 25,000.00 | 0.00 | | 0.00 | FA |
| 18. 1999 NAVISTAR MIXER | 25,000.00 | 0.00 | | 0.00 | FA |
| 19. 2000 NAVISTAR MIXER | 27,000.00 | 0.00 | | 0.00 | FA |
| 20. 2000 NAVISTAR MIXER | 37,000.00 | 0.00 | | 0.00 | FA |
| 21. 2000 NAVISTAR MIXER | 37,000.00 | 0.00 | | 0.00 | FA |
| 22. OFFICE FURNITURE, COMPUTERS WITH PRINTERS, FAX MAC | 91,100.00 | 0.00 | | 0.00 | FA |
| 23. MISCELLANEOUS TOOLS | 4,000.00 | 0.00 | | 0.00 | FA |
| 24. SEE ATTACHED LIST | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 11-47497 | CAS | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | | | Date Filed (f) or Converted (c): | 11/23/11 (f) |
| | | | | 341(a) Meeting Date: | 01/11/12 |
| | | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 2.70 | FA |
| 26. REFUND OF UNION DUES (u) | 0.00 | 0.00 | | 567.00 | FA |
| 27. INSURANCE REFUND (u) | 0.00 | 0.00 | | 1,607.89 | FA |
| 28. Utility Refund (u) | 0.00 | 0.00 | | 409.47 | FA |
| 29. UTILITY REFUND (u) | Unknown | 0.00 | | 187.06 | FA |
| 30. FUEL TAX REFUND (u) | 0.00 | 0.00 | | 2,686.92 | FA |
| 31. ACCOUNTS RECEIVABLE (u) | 0.00 | 2,572.25 | | 2,572.25 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,343,300.00     $2,572.25     $663,552.60     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

/s/     BRENDA PORTER HELMS, TRUSTEE
_____  Date: 06/18/13
BRENDA PORTER HELMS, TRUSTEE

LFORM1     UST Form 101-7-TFR (5/1/2011) *(Page: 4)*     Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-47497 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1392  Checking - Non Interest |
| Taxpayer ID No: | *******5764 | | | |
| For Period Ending: | 06/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | FINAL TRANSFER | 9999-000 | 407,135.43 | | 407,135.43 |
| 09/19/12 | 28 | Nicor Gas<br>P.O. Box 4569<br>Atlanta GA 30302 | utility refund | 1229-000 | 37.26 | | 407,172.69 |
| 12/07/12 | | Bakn of America | uncashed check from BofA acct | 9999-000 | 1,930.00 | | 409,102.69 |
| 12/20/12 | 010001 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 13,166.50 | 395,936.19 |
| * 12/20/12 | 010002 | Harris Bank | payment in full of secured claims | 4210-003 | | 1,930.00 | 394,006.19 |
| 12/24/12 | 31 | Bank of America | MISCELLANEOUS COLLECTIONS<br>Received and deposited 11/05/12; posted to account 12/24/12 | 1229-000 | 2,572.25 | | 396,578.44 |
| 12/24/12 | 6 | Kieft Brothers, Inc. | account receivable<br>Received and deposited 10/19; posted to account 12/24/12 | 1121-000 | 7,160.25 | | 403,738.69 |
| 02/13/13 | 010003 | Alan D. Lasko & Associates P.C. | accountant fees | 3410-000 | | 9,867.70 | 393,870.99 |
| 02/13/13 | 010004 | Alan D. Lasko & Associates, P.C. | accountant expenses | 3420-000 | | 56.78 | 393,814.21 |
| 02/13/13 | 010005 | Alan D. Lasko & Associates P.C. | accountant fees | 3410-000 | | 4,418.19 | 389,396.02 |
| 02/13/13 | 010006 | Alan D. Lasko & Associates P.C. | accountant expenses | 3420-000 | | 33.14 | 389,362.88 |
| 02/15/13 | 010007 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 348.50 | 389,014.38 |
| 02/28/13 | 30 | Judge Baar Topinka Treasurer | motor fuel tax refund | 1224-000 | 1,710.92 | | 390,725.30 |
| * 03/04/13 | 010002 | Harris Bank | payment in full of secured claims | 4210-003 | | -1,930.00 | 392,655.30 |
| 04/06/13 | 010008 | Harris Bank | final payment on secured claim | 4210-000 | | 7,027.01 | 385,628.29 |
| 05/07/13 | 010009 | Alan D. Lasko & Associates, P.C. | fees | 3410-000 | | 5,447.80 | 380,180.49 |
| 05/07/13 | 010010 | Alan D. Lasko & Associates P.C. | expenses | 3420-000 | | 92.40 | 380,088.09 |
| 06/06/13 | 30 | Illinois State Treasurer<br>Judy Baar Topinka | tax refund | 1224-000 | 976.00 | | 381,064.09 |

Page Subtotals    421,522.11    40,458.02

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 17.02d

Case 11-47497   Doc 57   Filed 07/24/13   Entered 07/24/13 14:26:44   Desc Main
Document      Page 6 of 14

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-47497 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1392  Checking - Non Interest |
| Taxpayer ID No: | *******5764 | | |
| For Period Ending: | 06/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 421,522.11 | 40,458.02 | 381,064.09 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 409,065.43 | 0.00 | |
| | | | | Subtotal | 12,456.68 | 40,458.02 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 12,456.68 | 40,458.02 | |

Page Subtotals           0.00           0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.02d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 11-47497 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6083  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5764 | | | |
| For Period Ending: | 06/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/11 | 2 | Villa Park Material Company | petty cash in office | 1129-000 | 332.48 | | 332.48 |
| 12/19/11 | 3 | West Suburban Bank<br>Lombard IL 60148 | turnover of bank account | 1129-000 | 159.51 | | 491.99 |
| 12/19/11 | 4 | West Suburban Bank<br>Lombard IL 60148 | liquidation of bank account | 1129-000 | 7,289.59 | | 7,781.58 |
| 12/30/11 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 7,781.60 |
| 01/05/12 | 000101 | C. Acitelli Heating & Piping Contractor<br>813 S. Villa Avenue<br>Villa Park IL 60181 | winterizing furnace | 2420-000 | | 172.50 | 7,609.10 |
| 01/19/12 | 000102 | Corporation Service Company<br>2711 Centreville Road<br>Wilmington DE 19808 | UCC seraches | 2690-000 | | 36.00 | 7,573.10 |
| 01/28/12 | 28 | Village of Villa Park<br>20 S. Ardmore Ave<br>Villa Park IL 60181 | utility refund | 1121-000 | 334.25 | | 7,907.35 |
| 01/28/12 | 26 | Local Union 705<br>1645 W. jackson 7th Floor<br>Chicago IL 60612 | REFUND OF UNION DUES | 1229-000 | 567.00 | | 8,474.35 |
| 01/28/12 | 27 | West Bend Mutual Insurance Co<br>1900 S. 18th Ave<br>West Bend WI 53095 | INSURANCE REFUND | 1129-000 | 1,491.89 | | 9,966.24 |
| 01/28/12 | 6 | American Financial Management Inc.<br>3715 Ventura Drive<br>Arlington Heights IL 60004 | account receivable | 1121-000 | 2,000.00 | | 11,966.24 |
| 01/31/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 11,966.31 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.04 | 11,956.27 |
| 02/01/12 | 000103 | Nicor Gas<br>P.O. Box 0632 | gas bill | 2420-000 | | 206.67 | 11,749.60 |

Page Subtotals     12,174.81     425.21

FORM 2

Page: 4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-47497 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6083  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5764 | | |
| For Period Ending: | 06/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/22/12 | 000104 | Aurora IL 60507<br>V\PVS<br>7250 N. Cicero  #106<br>Lincolnwood IL 60712 | Invoice 43925 | 2990-000 | | 900.00 | 10,849.60 |
| 02/29/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 10,849.69 |
| 02/29/12 | 000105 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 14.35 | 10,835.34 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.69 | 10,821.65 |
| 03/06/12 | 000106 | Windy City Truck Repair<br>61 S. Mitchell Court<br>Addison IL 60101 | per court order | 4220-000 | | 5,258.76 | 5,562.89 |
| 03/07/12 | 27 | West Bend<br>1900 S. 18th Ave<br>West Bend WI 53095 | insurance refund | 1229-000 | 116.00 | | 5,678.89 |
| 03/07/12 | 6 | American Financial Management Inc.<br>3715 Ventura Drive<br>Arlington Heights IL 60004 | account receivable | 1121-000 | 333.35 | | 6,012.24 |
| 03/07/12 | 1 | A-K Maintenance Inc.<br>335 E. Madison Street<br>Elmhurst IL 60126 | earnest money deposit | 1110-000 | 20,000.00 | | 26,012.24 |
| 03/26/12 | 000107 | Village of Villa Park<br>20 S. Ardmore<br>Villa Park IL 60181 | final water bill | 2420-000 | | 9.30 | 26,002.94 |
| 03/30/12 | 7 | PPL Group LLC<br>3100 Dundee road  #915<br>Northbrook IL 60062 | auction proceeds | 1129-000 | 121,430.00 | | 147,432.94 |
| 03/30/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 147,433.12 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.55 | 147,405.57 |
| 04/02/12 | 000108 | Nicor Gas | heat for 110 S. Villa | 2420-000 | | 305.61 | 147,099.96 |
| 04/02/12 | 000109 | FedEx | deliver ck to Windy City for truck | 2500-000 | | 55.09 | 147,044.87 |

Page Subtotals     141,879.62     6,584.35

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.02d

FORM 2

Page: 5

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-47497 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6083 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5764 | | | |
| For Period Ending: | 06/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.11 | | 147,045.98 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 167.07 | 146,878.91 |
| 05/12/12 | 000110 | ARS Surveying Service LLC | advance for survey | 2990-000 | | 3,000.00 | 143,878.91 |
| | | 1229 Lakeview Court | | | | | |
| | | Romeoville IL 60446 | | | | | |
| 05/18/12 | 6 | Kieft Brothers Inc. | account receivable | 1121-000 | 196.50 | | 144,075.41 |
| | | 837 S. Riverside Drive | | | | | |
| | | Elmhurst IL 60126 | | | | | |
| 05/18/12 | 28 | AT&T | refund | 1229-000 | 17.33 | | 144,092.74 |
| * 05/18/12 | 000111 | DuPage County Recorder | recording fees | 2500-003 | | 52.00 | 144,040.74 |
| * 05/18/12 | 000111 | DuPage County Recorder | recording fees | 2500-003 | | -52.00 | 144,092.74 |
| 05/18/12 | 000112 | DuPage County Recorder | recording fees | 2500-000 | | 52.00 | 144,040.74 |
| 05/18/12 | 000113 | DuPage County Recorder | transfer taxes | 2500-000 | | 26.25 | 144,014.49 |
| 05/18/12 | 000114 | Village of Village Park | inspection of 110 S. villa | 2500-000 | | 50.00 | 143,964.49 |
| 05/18/12 | 000115 | Salt Creek Santiary District | sewer charges 110 S. Villa | 2500-000 | | 6.60 | 143,957.89 |
| | | 201 S. Route 83 | | | | | |
| | | P.O. Box 6600 | | | | | |
| | | Villa Park IL 60181 | | | | | |
| 05/21/12 | 000116 | Nicor | gas usage for 110 S. Villa | 2420-000 | | 49.83 | 143,908.06 |
| 05/31/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.23 | | 143,909.29 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 184.66 | 143,724.63 |
| 06/04/12 | 6 | Riverside Golf Club | account receivable | 1121-000 | 714.00 | | 144,438.63 |
| | | 2520 S. Des Plaines Ave | | | | | |
| | | North Riverside IL 60546 | | | | | |
| 06/27/12 | 1 | First American Title | proceeds of sale of 110 S. Villa | | 250,506.97 | | 394,945.60 |
| | | 27775 Diehl Road | | | | | |
| | | Warrenville IL 60555 | | | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: 470,000.00 | 1110-000 | | | |
| | | | proceeds of sale of 11 S. Villa | | | | |

Page Subtotals    251,437.14    3,536.41

UST Form 101-7-TFR (5/1/2011) (Page: 9)

LFORM24

Ver: 17.02d

FORM 2

Page: 6

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-47497 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6083  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5764 | | | |
| For Period Ending: | 06/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | G-C PROPERTIES | Memo Amount:  ( 90,000.00 )  LUST | 2500-000 | | | |
| | | G-C PROPERTIES LLC | Memo Amount:  ( 100,000.00 )  credit for boundary wall dispute | 2500-000 | | | |
| | | G-C PROPERTIES LLC | Memo Amount:  ( 8,278.05 )  real estate tax prorations | 2820-000 | | | |
| | | FIRST AMERICAN TITLE INSURANCE CO | Memo Amount:  ( 2,768.00 )  title charges | 2500-000 | | | |
| | | DUPAGE COUNTY | Memo Amount:  ( 735.00 )  transfer taxes | 2500-000 | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount:  ( 16,761.98 )  Real estate taxes - past due | 4700-000 | | | |
| | | ARS SURVEYING SERVICE | Memo Amount:  ( 950.00 )  survey | 2500-000 | | | |
| 06/28/12 | 28 | ADP Security Services  P.O. Box 30122  College Station TX 77842 | security service | 1290-000 | 20.63 | | 394,966.23 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 171.49 | 394,794.74 |
| 07/02/12 | 7 | Wells Fargo Equipment Finance Inc.  733 Marquette Ave Suite 700  Minneapolis MN 55402 | equity on 2 Peterbilt trucks | 1129-000 | 25,833.21 | | 420,627.95 |
| 08/08/12 | 000117 | Illinois Department of Revenue  P.O. Box 19053  Springfield IL 62794 | 2012 taxes | 2820-000 | | 11,820.00 | 408,807.95 |
| 08/09/12 | 6 | 915 Building Account  925 S. Rt. 83  Elmhurst IL 60126 | account receivable | 1121-000 | 70.42 | | 408,878.37 |
| * 08/09/12 | 000118 | Harris Bank NA | secured claim | 4210-003 | | 1,930.00 | 406,948.37 |
| 08/13/12 | 29 | Nicor | utility refund due to sale of prop | 1280-000 | 187.06 | | 407,135.43 |

Page Subtotals    26,111.32    13,921.49

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

LFORM24

Ver: 17.02d

FORM 2

Page: 7

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-47497 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6083 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5764 | | |
| For Period Ending: | 06/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | | P.O. Box 190 Aurora IL 60507 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 407,135.43 | 0.00 |
| * 10/30/12 | 000118 | Harris Bank NA | secured claim | 4210-003 | | -1,930.00 | 1,930.00 |
| 12/13/12 | 000119 | Associated Bank | | 9999-000 | | 1,930.00 | 0.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 470,000.00 | COLUMN TOTALS | | 431,602.89 | 431,602.89 | 0.00 |
| Memo Allocation Disbursements: | 219,493.03 | Less: Bank Transfers/CD's | | 0.00 | 409,065.43 | |
| | | Subtotal | | 431,602.89 | 22,537.46 | |
| Memo Allocation Net: | 250,506.97 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 431,602.89 | 22,537.46 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 470,000.00 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 219,493.03 | Checking - Non Interest - ********1392 | | 12,456.68 | 40,458.02 | 381,064.09 |
| | | Money Market - Interest Bearing - ********6083 | | 431,602.89 | 22,537.46 | 0.00 |
| Total Memo Allocation Net: | 250,506.97 | | | 444,059.57 | 62,995.48 | 381,064.09 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 06/18/13
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals    0.00    407,135.43

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

LFORM24

Ver: 17.02d

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-47497
Case Name: VILLA PARK MATERIAL COMPANY, INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                                            $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Harris Bank | $ | $ | $ | $ |

Total to be paid to secured creditors                             $_____

Remaining Balance                                                      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                                      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Local 705 IBOT Pension Fund | $ | $ | $ |
| 2 | Yellow Book Sales & Distribution | $ | $ | $ |
| 5 | The Quickvete Companies | $ | $ | $ |
| 4 | Stillwater Enterprises | $ | $ | $ |
| 6 | Circle Ave Data | $ | $ | $ |
| 7 | Town and Country | $ | $ | $ |
| 8 | Elmhurst Chicago Stone | $ | $ | $ |
| 11 | Essroc Cement Corp | $ | $ | $ |
| 12 | Waste Management - RMC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                              $_____

      Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE