# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| VILLA PARK MATERIAL COMPANY, INC. § | Case No. 11-47497 |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 s. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/23/2013 in Courtroom 4016,
> Henry J. Hyde Judicial Office Facility
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/24/2013                By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VILLA PARK MATERIAL COMPANY, § Case No. 11-47497
INC. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 663,552.60 |
| and approved disbursements of | $ | 282,488.51 |
| leaving a balance on hand of[1] | $ | 381,064.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Harris Bank | $ 7,027.01 | $ 7,027.01 | $ 7,027.01 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 381,064.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 36,427.63 | $ 0.00 | $ 36,427.63 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 50.00 | $ 0.00 | $ 50.00 |
| Other: Intrenational Sureties Ltd. | $ 362.85 | $ 362.85 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 36,477.63 |
| Remaining Balance | $ 344,586.46 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 904,134.75 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Local 705 IBOT Pension Fund | $ 652,323.15 | $ 0.00 | $ 248,615.29 |
| 2 | Yellow Book Sales & Distribution | $ 5,178.31 | $ 0.00 | $ 1,973.57 |
| 5 | The Quickvete Companies | $ 1,370.28 | $ 0.00 | $ 522.25 |
| 4 | Stillwater Enterprises | $ 4,122.60 | $ 0.00 | $ 1,571.22 |
| 6 | Circle Ave Data | $ 3,872.03 | $ 0.00 | $ 1,475.72 |
| 7 | Town and Country | $ 3,845.76 | $ 0.00 | $ 1,465.70 |
| 8 | Elmhurst Chicago Stone | $ 228,974.80 | $ 0.00 | $ 87,267.54 |
| 11 | Essroc Cement Corp | $ 569.00 | $ 0.00 | $ 216.86 |
| 12 | Waste Management - RMC | $ 3,878.82 | $ 0.00 | $ 1,478.31 |
| | Total to be paid to timely general unsecured creditors | | $ | 344,586.46 |

  Remaining Balance                   $_____0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

           Prepared By: /s/Brenda Porter Helms_____
                             Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Villa Park Material Company, Inc.
    Debtor

Case No. 11-47497-DRC
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 3     Date Rcvd: Jul 24, 2013
                  Form ID: pdf006    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2013.
```
db          #+Villa Park Material Company, Inc.,    110 South Villa,    Villa Park, IL 60181-2651
aty          +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1522
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
18090894     +American Financial Management, Inc.,    3715 Ventura Drive,    Arlington Heights, IL 60004-7696
18090910     +BMO Harris Bank,    Attn; L. Judson Todhunter,    c/o Howard &Howard,
               200 S. Michigan Av., Suite 1100,    Chicago, IL 60604-2461
18090895      Bank of America,    P. O. Box 15019,    Wilmington, DE 19886-5019
18090896     +Bluff City Material,    2252 Southwind Boulevard,    Bartlett, IL 60103-1304
18090897     +Bob Strader,    d/b/a Bob Kat Bob,    860 Stove Drive, Unit D,    Elburn, IL 60119-8425
18090898      Bonsal America,    c/o Oldcastle Architectual,    P. O. Box 281479-1479,    Atlanta, GA 30384-1479
18090899     +Boughton Materials,    P. O. Box 1036,    Bedford Park, IL 60499-1036
18090900      Chase,    P. O. Box 15153,    Wilmington, DE 19886-5153
18090903     +Circle Ave Data,    6N242 Circle Avenue,    Medinah, IL 60157-9304
18090904     +David Boyle,    d/b/a Glasgow Concrete,    8 S 488 Granart Road,    Big Rock, IL 60511-9736
18090905     +Dex One,    851 Oak Creek Dr.,    Lombard, IL 60148-6426
18090906     +Di Fresco Cement,    c/o Frank Di Fresco,    810 Rumple Lane,    Addison, IL 60101-1727
18090907     +Elmhurst Chicago Stone,    400 West 1st Street,    Elmhurst, IL 60126-2604
18508075     +Essroc Cement Corp.,    c/o 301 Hwy 31,    Speed, In 47172-1305,    Attn: Jeff Bergfeld
18090908      Essroc Materials,    P. O. Box 642336,    Pittsburgh, PA 15264-2336
18090909     +Harris Bank NA,    P. O. Box 2880,    Chicago, IL 60690-2880
18090911     +Joe Lewis d/b/a Stamped Concret,    734 South Charlotte,    Lombard, IL 60148-3404
18161073     +Local 705 I.B.O.T. Pension Fund,    Baum Sigman Auerbach & Neuman, Ltd.,    c/o Patrick N. Ryan,
               200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
18090912     +M&M Maintenance, Inc.,    1515 North 22nd Street,    Melrose Park, IL 60160-1923
18090913     +McNeilus Truck & Mfg.,    14201 Collections Drive,    Chicago, IL 60693-0001
18090914     +Michael A. Maciejewski, Ltd.,    Attention: Paul Bullard,    945 Oaklawn,
               Elmhurst, IL 60126-1012
18090915     +Mike Guiseppe DiPrizio,    5800 Wilshire Court, #C,    Hanover Park, IL 60133-0933
18090916      Paul Ferrari,    d/b/a Ferrari Construction,    W German Church Road,    La Grange, IL 60525
18090917     +Preston Rugaard,    2150 West Concord,    Addison, IL 60101-5611
18090919     +Rhodes Tower Service,    312 South West Street,    Gibson City, IL 60936-1659
18090920     +Stillwater Enterprises,    P. O. Box 652,    Effingham, IL 62401-0652
18090921      The Quickvete Companies,    P. O. Box 930134,    Atlanta, GA 31193-0134
18090922     +Town and Country,    3900 West 167th Street,    Markham, IL 60428-5307
18090923     +Vulcan Materials,    14999 Collections Center,    Chicago, IL 60693-0149
18090924     +Waste Management-RMC,    Landfill GC and Special Handling,    2625 West Grandview Road, Suite 150,
               Phoenix, AZ 85023-3109
18090927     +Wells Fargo,    P. O. Box 348750,    Sacramento, CA 95834-8750
18090926     +Wells Fargo,    Investors Building, Suite 70,    733 Marquette Avenue,    Minneapolis, MN 55402-2314
18440937     +Wells Fargo Equipment Finance, Inc.,    c/o Thomas V. Askounis,    Askounis & Darcy, PC,
               401 N Michigan Ave, Suite 550,    Chicago, IL 60611-5523
18090925     +Wells Fargo Equipment Finance, Inc.,    c/o C. Randall Woolley, Esq,    Askounis & Darcy, PC,
               401 North Michigan Avenue Suite 550,    Chicago, IL 60611-5523
18090928     +Westmore Supply,    250 South Westmore Avenue,    Lombard, IL 60148-3088
18090929     +Windy City Truck Reapir,    61 South Mitchell Court,    Addison, IL 60101-1416
18271026     +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
18090930     +Yellow Book-West,    398 Rexcorp Plaza,    Uniondale, NY 11556-0398
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18090918       Preston Rugaard 401(k)
18090901*      Chase,    P. O. Box 15153,    Wilmington, DE 19886-5153
18090902*      Chase,    P. O. Box 15153,    Wilmington, DE 19886-5153
```
                                                                     TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: rgreen              Page 2 of 3              Date Rcvd: Jul 24, 2013
                              Form ID: pdf006           Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2013**                     **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: rgreen              Page 3 of 3                  Date Rcvd: Jul 24, 2013
                              Form ID: pdf006           Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2013 at the address(es) listed below:

        Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
        Charles R Woolley    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
         rwoolley@askounisdarcy.com
        David  Brown, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ dbrown@springerbrown.com,
         marigonzo@springerbrown.com;jill@springerbrown.com
        David P Lloyd    on behalf of Debtor    Villa Park Material Company, Inc.
         courtdocs@davidlloydlaw.com
        L. Judson Todhunter    on behalf of Creditor    BMO Harris Bank JTodhunter@howardandhoward.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas V Askounis    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
         taskounis@askounisdarcy.com,  jburt@askounisdarcy.com

        TOTAL: 7

Case 11-47497   Doc 61   Filed 07/24/13   Entered 07/26/13 23:30:28   Desc Imaged
Certificate of Notice    Page 7 of 7