# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VILLA PARK MATERIAL COMPANY, INC. | § | Case No. 11-47497 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                 .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Investors Buidling, Suite 700 733 Marquette Avenue Minneapolis, MN 55402 |  |  |  |  |  |
|  | Wells Fargo Investors Building, Suite 70 733 Marquette Avenue Minneapolis, MN 55402 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Windy City Truck Reapir 61 South Mitchell Court Addison, IL 60101 | | | | | |
| 10 | HARRIS BANK | | | | | |
| | WINDY CITY TRUCK REPAIR | | | | | |
| | DUPAGE COUNTY COLLECTOR | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| C. ACITELLI HEATING & PIPING CONTRA | | | | | |
| GAS, NICOR | | | | | |
| GAS, NICOR | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NICOR | | | | | |
| VILLAGE OF VILLA PARK | | | | | |
| ARS SURVEYING SERVICE | | | | | |
| DUPAGE COUNTY | | | | | |
| DUPAGE COUNTY RECORDER | | | | | |
| DUPAGE COUNTY RECORDER | | | | | |
| FEDEX | | | | | |
| FIRST AMERICAN TITLE INSURANCE CO | | | | | |
| G-C PROPERTIES | | | | | |
| G-C PROPERTIES LLC | | | | | |
| SALT CREEK SANTIARY DISTRICT | | | | | |
| VILLAGE OF VILLAGE PARK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| CORPORATION SERVICE COMPANY | | | | | |
| G-C PROPERTIES LLC | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ARS SURVEYING SERVICE LLC | | | | | |
| V\PVS | | | | | |
| SPRINGER BROWN COVEY GAERTNER & DAV | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Preston Rugaard 401(k) | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Financial Management, Inc. 3715 Ventura Drive Arlington Heights, IL 60004 | | | | | |
| | Bank of America P. O. Box 15019 Wilmington, DE 19886-5019 | | | | | |
| | Bluff City Material 2252 Southwind Boulevard Bartlett, IL 60103 | | | | | |
| | Bob Strader d/b/a Bob Kat Bob 860 Stove Drive, Unit D Elburn, IL 60119 | | | | | |
| | Bonsal America c/o Oldcastle Architectual P. O. Box 281479-1479 Atlanta, GA 30384-1479 | | | | | |
| | Boughton Materials P. O. Box 1036 Bedford Park, IL 60499 | | | | | |
| | Chase P. O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase P. O. Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P. O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | David Boyle d/b/a Glasgow Concrete 8 S 488 Granart Road Big Rock, IL 60511 | | | | | |
| | Dex One 851 Oak Creek Dr. Lombard, IL 60148 | | | | | |
| | Di Fresco Cement c/o Frank Di Fresco 810 Rumple Lane Addison, IL 60101 | | | | | |
| | Joe Lewis d/b/a Stamped Concret 734 South Charlotte Lombard, IL 60148 | | | | | |
| | M&M Maintenance, Inc. 1515 North 22nd Street Melrose Park, IL 60160 | | | | | |
| | McNeilus Truck & Mfg. 14201 Collections Drive Chicago, IL 60693 | | | | | |
| | Michael A. Maciejewski, Ltd. Attention: Paul Bullard 945 Oaklawn Elmhurst, IL 60126 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mike Guiseppe DiPrizio 5800 Wilshire Court, #C Hanover Park, IL 60133 | | | | | |
| | Paul Ferrari d/b/a Ferrari Construction W German Church Road La Grange, IL 60525 | | | | | |
| | Preston Rugaard 2150 West Concord Addison, IL 60101 | | | | | |
| | Rhodes Tower Service 312 South West Street Gibson City, IL 60936 | | | | | |
| | Vulcan Materials 14999 Collections Center Chicago, IL 60693 | | | | | |
| | Wells Fargo P. O. Box 348750 Sacramento, CA 95834 | | | | | |
| | Westmore Supply 250 South Westmore Avenue Lombard, IL 60148 | | | | | |
| 6 | DATA, CIRCLE AVE | | | | | |
| 4 | ENTERPRISES, STILLWATER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | ESSROC CEMENT CORP | | | | | |
| 10 | HARRIS BANK | | | | | |
| 1 | LOCAL 705 IBOT PENSION FUND | | | | | |
| 12 | RMC, WASTE MANAGEMENT - | | | | | |
| 8 | STONE, ELMHURST CHICAGO | | | | | |
| 5 | THE QUICKVETE COMPANIES | | | | | |
| 7 | TOWN AND COUNTRY | | | | | |
| 2 | YELLOW BOOK SALES & DISTRIBUTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 11-47497    Judge: DONALD R. CASSLING |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 11/23/11 (f) |
| 341(a) Meeting Date: | 01/11/12 |
| Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 110 SOUTH VILLA, VILLA PARK IL 60181 | 850,000.00 | 0.00 | | 490,000.00 | FA |
| 2. CASH IN REGISTER | 400.00 | 0.00 | | 332.48 | FA |
| 3. CHECKING ACCOUNT (WSB) | 10,000.00 | 0.00 | | 159.51 | FA |
| 4. CHECKING ACCOUNT | 1,000.00 | 0.00 | | 7,289.59 | FA |
| 5. PICTURES THROUGHOUT THE OFFICE | 0.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE | 60,000.00 | 0.00 | | 10,474.52 | FA |
| 7. 2000 PETERBILT - CONCRETE REDI-MIX TRUCK | 0.00 | 0.00 | | 147,263.21 | FA |
|     All trucks were sold at auction and $147,263.21 was received for all vehicles listed on Form 1 | | | | | |
| 8. 2000 PETERBILT - CONCRETE REDI-MIX TRUCKS | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2002 NAVISTAR - READY-MIX TRUCK | 37,000.00 | 0.00 | | 0.00 | FA |
| 10. 2005 MACK 6-WHEEL DUMP TRUCK | 70,500.00 | 0.00 | | 0.00 | FA |
| 11. 1994 WESTERN STAR 6-WHEEL DUMP TRUCK | 15,900.00 | 0.00 | | 0.00 | FA |
| 12. 1994 CHEVY UTILITY TRUCK | 3,900.00 | 0.00 | | 0.00 | FA |
| 13. 1988 NAVISTAR 4-WHEEL DUMP TRUCK | 9,500.00 | 0.00 | | 0.00 | FA |
| 14. 1978 CAT | 8,000.00 | 0.00 | | 0.00 | FA |
| 15. 1993 WESTER STAR MIXER | 15,000.00 | 0.00 | | 0.00 | FA |
| 16. 1998 NAVISTAR MIXER | 16,000.00 | 0.00 | | 0.00 | FA |
| 17. 1999 NAVISTAR MIXER | 25,000.00 | 0.00 | | 0.00 | FA |
| 18. 1999 NAVISTAR MIXER | 25,000.00 | 0.00 | | 0.00 | FA |
| 19. 2000 NAVISTAR MIXER | 27,000.00 | 0.00 | | 0.00 | FA |
| 20. 2000 NAVISTAR MIXER | 37,000.00 | 0.00 | | 0.00 | FA |
| 21. 2000 NAVISTAR MIXER | 37,000.00 | 0.00 | | 0.00 | FA |
| 22. OFFICE FURNITURE, COMPUTERS WITH PRINTERS, FAX MAC | 91,100.00 | 0.00 | | 0.00 | FA |
| 23. MISCELLANEOUS TOOLS | 4,000.00 | 0.00 | | 0.00 | FA |
| 24. SEE ATTACHED LIST | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   2

Exhibit 8

| Case No: | 11-47497 | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | | | Date Filed (f) or Converted (c): | 11/23/11 (f) |
| | | | | 341(a) Meeting Date: | 01/11/12 |
| | | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 2.70 | FA |
| 26. REFUND OF UNION DUES (u) | 0.00 | 0.00 | | 567.00 | FA |
| 27. INSURANCE REFUND (u) | 0.00 | 0.00 | | 1,607.89 | FA |
| 28. Utility Refund (u) | 0.00 | 0.00 | | 409.47 | FA |
| 29. UTILITY REFUND (u) | Unknown | 0.00 | | 187.06 | FA |
| 30. FUEL TAX REFUND (u) | 0.00 | 0.00 | | 2,686.92 | FA |
| 31. ACCOUNTS RECEIVABLE (u) | 0.00 | 2,572.25 | | 2,572.25 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,343,300.00 | $2,572.25 | | $663,552.60 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Distribution checks have been issued and Trustee is waiting for -0- balance bank statement

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-47497  -CAS | |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | |

Trustee Name:   BRENDA PORTER HELMS, TRUSTEE
Bank Name:   ASSOCIATED BANK
Account Number / CD #:   *******1392  Checking - Non Interest

Taxpayer ID No:   *******5764
For Period Ending:   11/08/13

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | FINAL TRANSFER | | | | | 407,135.43 | 407,135.43 |
| 09/19/12 | | Nicor Gas P.O. Box 4569 Atlanta GA 30302 | utility refund | 37.26 | | | | | 407,172.69 |
| 09/19/12 | 28 | Asset Sales Memo: | Utility Refund  $37.26 | | | | | | 407,172.69 |
| 12/07/12 | | Bakn of America | uncashed check from BofA acct | | | | | 1,930.00 | 409,102.69 |
| 12/20/12 | 010001 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | | | 13,166.50 | | | 395,936.19 |
| * 12/20/12 | 010002 | Harris Bank | payment in full of secured claims | | | 1,930.00 | | | 394,006.19 |
| 12/24/12 | | Bank of America | MISCELLANEOUS COLLECTIONS | 2,572.25 | | | | | 396,578.44 |
| 12/24/12 | 31 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $2,572.25 Received and deposited 11/05/12; posted to account 12/24/12 | | | | | | 396,578.44 |
| 12/24/12 | | Kieft Brothers, Inc. | account receivable | 7,160.25 | | | | | 403,738.69 |
| 12/24/12 | 6 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $7,160.25 Received and deposited 10/19; posted to account 12/24/12 | | | | | | 403,738.69 |
| 02/13/13 | 010003 | Alan D. Lasko & Associates P.C. | accountant fees | | | 9,867.70 | | | 393,870.99 |
| 02/13/13 | 010004 | Alan D. Lasko & Associates, P.C. | accountant expenses | | | 56.78 | | | 393,814.21 |
| 02/13/13 | 010005 | Alan D. Lasko & Associates, P.C. | accountant fees | | | 4,418.19 | | | 389,396.02 |
| 02/13/13 | 010006 | Alan D. Lasko & Associates, P.C. | accountant expenses | | | 33.14 | | | 389,362.88 |
| 02/15/13 | 010007 | International Sureties Ltd | Bond #016026455 | | | 348.50 | | | 389,014.38 |
| 02/28/13 | | Judge Baar Topinka Treasurer | motor fuel tax refund | 1,710.92 | | | | | 390,725.30 |
| 02/28/13 | 30 | Asset Sales Memo: | FUEL TAX REFUND  $1,710.92 | | | | | | 390,725.30 |
| * 03/04/13 | 010002 | Harris Bank | payment in full of secured claims | | | -1,930.00 | | | 392,655.30 |
| 04/06/13 | 010008 | Harris Bank | final payment on secured claim | | | 7,027.01 | | | 385,628.29 |
| 05/07/13 | 010009 | Alan D. Lasko & Associates, P.C. | fees | | | 5,447.80 | | | 380,180.49 |
| 05/07/13 | 010010 | Alan D. Lasko & Associates, P.C. | expenses | | | 92.40 | | | 380,088.09 |
| 06/06/13 | | Illinois State Treasurer Judy Baar Topinka | tax refund | 976.00 | | | | | 381,064.09 |
| 06/06/13 | 30 | Asset Sales Memo: | FUEL TAX REFUND  $976.00 | | | | | | 381,064.09 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 17.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| | |
|---|---|
| Case No: | 11-47497 -CAS |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. |
| Taxpayer ID No: | *******5764 |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1392  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/26/13 | 010011 | BRENDA PORTER HELMS, TRUSTEE<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Chapter 7 Compensation/Fees | | | 36,427.63 | | | 344,636.46 |
| 08/26/13 | 010012 | BRENDA PORTER HELMS, TRUSTEE<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Chapter 7 Expenses | | | 50.00 | | | 344,586.46 |
| 08/26/13 | 010013 | Local 705 IBOT Pension Fund<br>c/o Patrick Ryan<br>Baum Sigman Auerbach & Newman<br>200 W. Adams St. #2200<br>Chicago IL 60606 | Claim 1, Payment 38.11229% | | | 248,615.29 | | | 95,971.17 |
| 08/26/13 | 010014 | Essroc Cement Corp<br>Attn: Jeff Bergfeld<br>c/o 301 Hwy 31<br>Speed IN 47172 | Claim 11, Payment 38.11248% | | | 216.86 | | | 95,754.31 |
| 08/26/13 | 010015 | Waste Management - RMC<br>Landfill GC and Special Handling<br>2625 W. Grandview Rd #150<br>Phoenix AZ 85023 | Claim 12, Payment 38.11236% | | | 1,478.31 | | | 94,276.00 |
| 08/26/13 | 010016 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Services<br>P.O. Box 5126<br>Timonium Maryland 21094 | Claim 2, Payment 38.11224% | | | 1,973.57 | | | 92,302.43 |
| 08/26/13 | 010017 | Stillwater Enterprises<br>P.O. Box 652<br>Effingham IL 62401 | Claim 4, Payment 38.11236% | | | 1,571.22 | | | 90,731.21 |
| 08/26/13 | 010018 | The Quickvete Companies<br>P.O. Box 930134<br>Atlanta GA 31193 | Claim 5, Payment 38.11265% | | | 522.25 | | | 90,208.96 |
| 08/26/13 | 010019 | Circle Ave Data<br>6N242 Circle Avenue<br>Medinah IL 60157 | Claim 6, Payment 38.11231% | | | 1,475.72 | | | 88,733.24 |
| 08/26/13 | 010020 | Town and Country<br>3900 W. 167th Street | Claim 7, Payment 38.11210% | | | 1,465.70 | | | 87,267.54 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 17.03a

FORM 2                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 11-47497 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1392  Checking - Non Interest |
| Taxpayer ID No: | *******5764 | | | |
| For Period Ending: | 11/08/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/26/13 | 010021 | Markham IL 60428<br>Elmhurst Chicago Stone<br>400 W. 1st Street<br>Elmhurst IL 60126 | Claim 8, Payment 38.11229% | | | 87,267.54 | | | 0.00 |

|  | Account  *******1392 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | 5 Deposits | 12,456.68 | 22 Checks | 421,522.11 |
| Memo Allocation Disbursements: | 0.00 | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $   12,456.68 | | |
| Memo Allocation Net: | 0.00 | | | Total | $   421,522.11 |
| | | 0 Adjustments In | 0.00 | | |
| | | 2 Transfers In | 409,065.43 | | |
| | | Total | $   421,522.11 | | |

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-47497  -CAS |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. |
| | |
| Taxpayer ID No: | *******5764 |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6083  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/01/11 | | Villa Park Material Company | petty cash in office | 332.48 | | | | | 332.48 |
| 12/01/11 | 2 | Asset Sales Memo: | CASH IN REGISTER $332.48 | | | | | | 332.48 |
| 12/19/11 | | West Suburban Bank Lombard IL 60148 | turnover of bank account | 159.51 | | | | | 491.99 |
| 12/19/11 | 3 | Asset Sales Memo: | CHECKING ACCOUNT (WSB) $159.51 | | | | | | 491.99 |
| 12/19/11 | | West Suburban Bank Lombard IL 60148 | liquidation of bank account | 7,289.59 | | | | | 7,781.58 |
| 12/19/11 | 4 | Asset Sales Memo: | CHECKING ACCOUNT  $7,289.59 | | | | | | 7,781.58 |
| 12/30/11 | 25 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.02 | | | | 7,781.60 |
| 01/05/12 | 000101 | C. Acitelli Heating & Piping Contractor 813 S. Villa Avenue Villa Park IL 60181 | winterizing furnace | | | 172.50 | | | 7,609.10 |
| 01/19/12 | 000102 | Corporation Service Company 2711 Centreville Road Wilmington DE 19808 | UCC seraches | | | 36.00 | | | 7,573.10 |
| 01/28/12 | | Village of Villa Park 20 S. Ardmore Ave Villa Park IL 60181 | utility refund | 334.25 | | | | | 7,907.35 |
| 01/28/12 | 28 | Asset Sales Memo: | Utility Refund  $334.25 | | | | | | 7,907.35 |
| 01/28/12 | | Local Union 705 1645 W. jackson  7th Floor Chicago IL 60612 | REFUND OF UNION DUES | 567.00 | | | | | 8,474.35 |
| 01/28/12 | 26 | Asset Sales Memo: | REFUND OF UNION DUES  $567.00 | | | | | | 8,474.35 |
| 01/28/12 | | West Bend Mutual Insurance Co 1900 S. 18th Ave West Bend WI 53095 | INSURANCE REFUND | 1,491.89 | | | | | 9,966.24 |
| 01/28/12 | 27 | Asset Sales Memo: | INSURANCE REFUND  $1,491.89 | | | | | | 9,966.24 |
| 01/28/12 | | American Financial Management Inc. 3715 Ventura Drive Arlington Heights IL 60004 | account receivable | 2,000.00 | | | | | 11,966.24 |
| 01/28/12 | 6 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $2,000.00 | | | | | | 11,966.24 |

Page:   5

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-47497 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6083  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5764 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 01/31/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.07 | | | | 11,966.31 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -10.04 | | 11,956.27 |
| 02/01/12 | 000103 | Nicor Gas<br>P.O. Box 0632<br>Aurora IL 60507 | gas bill | | | 206.67 | | | 11,749.60 |
| 02/22/12 | 000104 | V\PVS<br>7250 N. Cicero  #106<br>Lincolnwood IL 60712 | Invoice 43925 | | | 900.00 | | | 10,849.60 |
| 02/29/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.09 | | | | 10,849.69 |
| 02/29/12 | 000105 | Intrenational Sureties Ltd. | Trustee bond | | | 14.35 | | | 10,835.34 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -13.69 | | 10,821.65 |
| 03/06/12 | 000106 | Windy City Truck Repair<br>61 S. Mitchell Court<br>Addison IL 60101 | per court order | | | 5,258.76 | | | 5,562.89 |
| 03/07/12 | | West Bend<br>1900 S. 18th Ave<br>West Bend WI 53095 | insurance refund | 116.00 | | | | | 5,678.89 |
| 03/07/12 | 27 | Asset Sales Memo: | INSURANCE REFUND  $116.00 | | | | | | 5,678.89 |
| 03/07/12 | | American Financial Management Inc.<br>3715 Ventura Drive<br>Arlington Heights IL 60004 | account receivable | 333.35 | | | | | 6,012.24 |
| 03/07/12 | 6 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $333.35 | | | | | | 6,012.24 |
| 03/07/12 | | A-K Maintenance Inc.<br>335 E. Madison Street<br>Elmhurst IL 60126 | earnest money deposit | 20,000.00 | | | | | 26,012.24 |
| 03/07/12 | 1 | Asset Sales Memo: | LOCATION: 110 SOUTH VILLA, VILLA PARK IL 60181  $20,000.00 | | | | | | 26,012.24 |
| 03/26/12 | 000107 | Village of Villa Park<br>20 S. Ardmore<br>Villa Park IL 60181 | final water bill | | | 9.30 | | | 26,002.94 |
| 03/30/12 | | PPL Group LLC<br>3100 Dundee road  #915<br>Northbrook IL 60062 | auction proceeds | 121,430.00 | | | | | 147,432.94 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Ver: 17.03a

FORM 2                                                                                            Page:    6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                 Exhibit 9

| | |
|---|---|
| Case No: | 11-47497  -CAS |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. |
| | |
| Taxpayer ID No: | *******5764 |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6083  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 03/30/12 | 7 | Asset Sales Memo: | 2000 PETERBILT - CONCRETE REDI-MIX TRUCK  $121,430.00 | | | | | | 147,432.94 |
| 03/30/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.18 | | | | 147,433.12 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -27.55 | | 147,405.57 |
| 04/02/12 | 000108 | Nicor Gas | heat for 110 S. Villa | | | 305.61 | | | 147,099.96 |
| 04/02/12 | 000109 | FedEx | deliver ck to Windy City for truck | | | 55.09 | | | 147,044.87 |
| 04/30/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.11 | | | | 147,045.98 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -167.07 | | 146,878.91 |
| 05/12/12 | 000110 | ARS Surveying Service LLC 1229 Lakeview Court Romeoville IL 60446 | advance for survey | | | 3,000.00 | | | 143,878.91 |
| 05/18/12 | | Kieft Brothers Inc. 837 S. Riverside Drive Elmhurst IL 60126 | account receivable | 196.50 | | | | | 144,075.41 |
| 05/18/12 | 6 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $196.50 | | | | | | 144,075.41 |
| 05/18/12 | | AT&T | refund | 17.33 | | | | | 144,092.74 |
| 05/18/12 | 28 | Asset Sales Memo: | Utility Refund  $17.33 | | | | | | 144,092.74 |
| * 05/18/12 | 000111 | DuPage County Recorder | recording fees | | | 52.00 | | | 144,040.74 |
| * 05/18/12 | 000111 | DuPage County Recorder | recording fees | | | -52.00 | | | 144,092.74 |
| 05/18/12 | 000112 | DuPage County Recorder | recording fees | | | 52.00 | | | 144,040.74 |
| 05/18/12 | 000113 | DuPage County Recorder | transfer taxes | | | 26.25 | | | 144,014.49 |
| 05/18/12 | 000114 | Village of Village Park | inspection of 110 S. villa | | | 50.00 | | | 143,964.49 |
| 05/18/12 | 000115 | Salt Creek Santiary District 201 S. Route 83 P.O. Box 6600 Villa Park IL 60181 | sewer charges 110 S. Villa | | | 6.60 | | | 143,957.89 |
| 05/21/12 | 000116 | Nicor | gas usage for 110 S. Villa | | | 49.83 | | | 143,908.06 |
| 05/31/12 | 25 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 1.23 | | | | 143,909.29 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -184.66 | | 143,724.63 |
| 06/04/12 | | Riverside Golf Club 2520 S. Des Plaines Ave | account receivable | 714.00 | | | | | 144,438.63 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

Case No:          11-47497 -CAS

Case Name:    VILLA PARK MATERIAL COMPANY, INC.

Taxpayer ID No:   *******5764

For Period Ending:   11/08/13

Trustee Name:     BRENDA PORTER HELMS, TRUSTEE

Bank Name:        BANK OF AMERICA, N.A.

Account Number / CD #:   *******6083  Money Market - Interest Bearing

Blanket Bond (per case limit):  $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | North Riverside IL 60546 | | | | | | | |
| 06/04/12 | 6 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $714.00 | | | | | | 144,438.63 |
| 06/27/12 | | First American Title | proceeds of sale of 110 S. Villa | 250,506.97 | | | | | 394,945.60 |
| | | 27775 Diehl Road | | | | | | | |
| | | Warrenville IL 60555 | | | | | | | |
| 06/27/12 | 1 | Asset Sales Memo: | LOCATION: 110 SOUTH VILLA, VILLA PARK IL 60181 $470,000.00 | | | | | | 394,945.60 |
| | | FIRST AMERICAN TITLE | Memo Amount:          470,000.00 | | | | | | |
| | | | proceeds of sale of 11 S. Villa | | | | | | |
| | | G-C PROPERTIES | Memo Amount:     (     90,000.00 ) | | | | | | |
| | | | LUST | | | | | | |
| | | G-C PROPERTIES LLC | Memo Amount:     (    100,000.00 ) | | | | | | |
| | | | credit for boundary wall dispute | | | | | | |
| | | G-C PROPERTIES LLC | Memo Amount:     (     8,278.05 ) | | | | | | |
| | | | real estate tax prorations | | | | | | |
| | | FIRST AMERICAN TITLE INSURANCE CO | Memo Amount:     (     2,768.00 ) | | | | | | |
| | | | title charges | | | | | | |
| | | DUPAGE COUNTY | Memo Amount:     (       735.00 ) | | | | | | |
| | | | transfer taxes | | | | | | |
| | | DUPAGE COUNTY COLLECTOR | Memo Amount:     (    16,761.98 ) | | | | | | |
| | | | Real estate taxes - past due | | | | | | |
| | | ARS SURVEYING SERVICE | Memo Amount:          950.00 ) | | | | | | |
| | | | survey | | | | | | |
| 06/28/12 | | ADP Security Services | security service | 20.63 | | | | | 394,966.23 |
| | | P.O. Box 30122 | | | | | | | |
| | | College Station TX 77842 | | | | | | | |
| 06/28/12 | 28 | Asset Sales Memo: | Utility Refund  $20.63 | | | | | | 394,966.23 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -171.49 | | 394,794.74 |
| 07/02/12 | | Wells Fargo Equipment Finance Inc. | equity on 2 Peterbilt trucks | 25,833.21 | | | | | 420,627.95 |
| | | 733 Marquette Ave  Suite 700 | | | | | | | |
| | | Minneapolis MN 55402 | | | | | | | |
| 07/02/12 | 7 | Asset Sales Memo: | 2000 PETERBILT - CONCRETE REDI-MIX | | | | | | 420,627.95 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

Ver: 17.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-47497  -CAS | |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******6083  Money Market - Interest Bearing | |

| | |
|---|---|
| Taxpayer ID No: | *******5764 |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | TRUCK  $25,833.21 | | | | | | |
| 08/08/12 | 000117 | Illinois Department of Revenue<br>P.O. Box 19053<br>Springfield IL 62794 | 2012 taxes | | | 11,820.00 | | | 408,807.95 |
| 08/09/12 | | 915 Building Account<br>925 S. Rt. 83<br>Elmhurst IL 60126 | account receivable | 70.42 | | | | | 408,878.37 |
| 08/09/12 | 6 | Asset Sales Memo: | ACCOUNTS RECEIVABLE  $70.42 | | | | | | 408,878.37 |
| * 08/09/12 | 000118 | Harris Bank NA | secured claim | | | 1,930.00 | | | 406,948.37 |
| 08/13/12 | | Nicor<br>P.O. Box 190<br>Aurora IL 60507 | utility refund due to sale of prop | 187.06 | | | | | 407,135.43 |
| 08/13/12 | 29 | Asset Sales Memo: | UTILITY REFUND  $187.06 | | | | | | 407,135.43 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | | | -407,135.43 | 0.00 |
| * 10/30/12 | 000118 | Harris Bank NA | secured claim | | | -1,930.00 | | | 1,930.00 |
| 12/13/12 | 000119 | Associated Bank | | | | | | -1,930.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Account  *******6083 | Balance Forward | 0.00 | |
| | | 19 Deposits | 431,600.19 | | 20 Checks | 21,962.96 |

Memo Allocation Receipts:        470,000.00
Memo Allocation Disbursements:   219,493.03

Memo Allocation Net:             250,506.97

| Account  *******6083 | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 19 Deposits | 431,600.19 | |
| 6 Interest Postings | 2.70 | |
| Subtotal | $  431,602.89 | |
| 0 Adjustments In | 0.00 | |
| 0 Transfers In | 0.00 | |
| Total | $  431,602.89 | |

| | |
|---|---|
| 20 Checks | 21,962.96 |
| 6 Adjustments Out | 574.50 |
| 2 Transfers Out | 409,065.43 |
| Total | $  431,602.89 |

FORM 2                                                                                          Page:    9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-47497 -CAS |
| Case Name: | VILLA PARK MATERIAL COMPANY, INC. |
| Taxpayer ID No: | *******5764 |
| For Period Ending: | 11/08/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6083  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Total Allocation Receipts: | 470,000.00 | |
| Total Allocation Disbursements: | 219,493.03 | |
| Total Memo Allocation Net: | 250,506.97 | |

| Report Totals | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| | 24 | Deposits | 444,056.87 | 42 Checks | 443,485.07 |
| | 6 | Interest Postings | 2.70 | 6 Adjustments Out | 574.50 |
| | | | | 2 Transfers Out | 409,065.43 |
| | | Subtotal | $ 444,059.57 | | |
| | 0 | Adjustments In | 0.00 | Total | $ 853,125.00 |
| | 2 | Transfers In | 409,065.43 | | |
| | | Total | $ 853,125.00 | Net Total Balance | $ 0.00 |

Trustee's Signature:  /s/    BRENDA PORTER HELMS, TRUSTEE    Date: 11/08/13
                            BRENDA PORTER HELMS, TRUSTEE